# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOCH, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:19-cv-00653-AWI-EPG<br><br>**ORDER DENYING AS MOOT MOTION TO EXPEDITE**<br><br>(ECF No. 17) |

On June 4, 2020, Plaintiff filed a Motion to Expedite Case D[ue] to Imminent Danger, (ECF No. 17). The day before, the Court had issued a screening order with findings and recommendations to the district judge. (ECF No. 16). The current deadline is with Plaintiff to respond to the findings and recommendations. Therefore, Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

　　Dated:  **June 5, 2020**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1