# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOCH , et al.,<br><br>　　　　　Defendants. | CASE NO. 1:19-cv-00653-AWI-EPG<br><br>ORDER DENYING MOTION FOR RULING AS MOOT<br><br>(ECF No. 15) |

On June 15, 2020, Plaintiff moved for a motion for a ruling on his motion to expedite. (ECF No. 19). His motion to expedite (ECF No. 17) had already been denied (ECF No. 18). Therefore, his motion for a ruling is DENIED AS MOOT.

IT IS SO ORDERED.

　Dated:  **July 7, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE