1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALLEN HAMMLER,                              No.  1:19-cv-00653-AWI-EPG (PC)

12                  Plaintiff,                    ORDER DENYING PLAINTIFF'S REQUEST
                                                  TO OPT OUT OF EARLY SETTLEMENT
13           v.                                   CONFERENCE

14    GOOCH, et al.,                              (ECF No. 31)

15                  Defendants.

16

17           This case has been referred to an early settlement conference. (ECF No. 28). On March 9,

18    2021, Plaintiff Allen Hammler ("Plaintiff") filed a notice to opt out of the conference. (ECF No.

19    31).

20           The order referring this case to an early settlement conference requires the parties to meet

21    and confer and gives Defendants the option of opting out of the early settlement conference by

22    filing a notice to that effect if "defense counsel in good faith finds that a settlement conference

23    would not be productive at this time[.]" (ECF No. 28 at 2). The order does not give Plaintiff the

24    option of opting out.

25           The fact that Plaintiff filed the notice indicates that a settlement conference may very well

26    not be productive at this time.  Nevertheless, the Court will await Defendants' decision after

27    meeting and conferring with Plaintiff, as required by the order.

28    \\\

                                                     1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to opt out of the

2    settlement conference (ECF No. 31) is DENIED.

3

4    IT IS SO ORDERED.

5    Dated:   **March 10, 2021**                    /s/ Eric P. Grosjean

6                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28