IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>K. GOOCH, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:19-cv-00653 AWI EPG<br><br>ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 49) |

　　　This matter is before the Court on Defendants' motion (ECF No. 49) to modify the scheduling order (ECF No. 39) to extend deadlines. As grounds, Defendants state that discovery in this case has been delayed by Plaintiff's failure to exchange documents, which resulted in this Court recently entering an order compelling Plaintiff to exchange documents. (ECF No. 49, p. 2; *see* ECF Nos. 47, 48). Because of the delay, Defendants ask this Court to extend the deadlines to submit a report regarding a settlement conference, to complete non-expert discovery, and to file dispositive motions.

　　　Good cause appearing, IT IS ORDERED that the motion (ECF No. 49) is GRANTED. The deadline for Defendant to submit a report regarding the parties' positions on ordering a settlement conference is extended until January 7, 2022. The parties' deadline to complete non-expert discovery is extended until February 21, 2022. The parties' deadline to file dispositive motions is

extended until March 22, 2022. All remaining provisions of the scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 8, 2021**            /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE