1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

| | |
|---|---|
| ALLEN HAMMLER,<br><br>Plaintiff,<br><br>v.<br><br>K. GOOCH, et al.,<br><br>Defendants. | Case No. 1:19-cv-00653-AWI-EPG<br><br>ORDER GRANTING SECOND MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 56) |

19      This matter is before the Court on Defendants' second motion (ECF No. 56) to modify the

20 scheduling order (ECF Nos. 39, 50) to extend deadlines. As grounds, Defendants state that

21 discovery in this case has been delayed by Plaintiff's failure to exchange documents, which this

22 Court has previously ordered Plaintiff to produce, and note that they have recently file a motion

23 for discovery sanctions due to Plaintiff's failure to disclose any documents. (ECF No. 56, p. 1;

24 *see* ECF Nos. 48, 55). Because of the delay, Defendants ask this Court to extend the deadlines to

25 complete non-expert discovery and to file dispositive motions.

26      Good cause appearing, IT IS ORDERED that the motion (ECF No. 56) is GRANTED. The

27 parties' deadline to complete non-expert discovery is extended until May 23, 2022. The parties'

28

deadline to file dispositive motions is extended until July 20, 2022. All remaining provisions of the scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 22, 2022**                          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE