UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>       Plaintiff,<br><br>    v.<br><br>GOOCH, et al.,<br><br>       Defendant(s). | Case No. 1:19-cv-00653-AWI-EPG (PC)<br><br>ORDER GRANTING THIRD MOTION TO MODIFY THE SCHEDULING ORDER AND REQUIRING RESPONSE TO OBJECTIONS<br><br>(ECF Nos. 62, 63) |

      Plaintiff Allen Hammler is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on Defendants' third motion (ECF No. 62) to modify the scheduling order (ECF Nos. 39, 50, 57) and Plaintiff's objections (ECF No. 63) to the Court's findings and recommendations (ECF No. 59), recommending that Defendants' motion for discovery sanctions (ECF No. 55) be granted, in part, and that this action be dismissed based on Plaintiff's failure to prosecute this case and comply with the Court's orders.

      As for Defendants' motion to modify the scheduling order, they ask that the Court vacate the May 23, 2022 non-expert discovery deadline and July 20, 2022 dispositive motion deadline, pending final adjudication of Defendants' motion for discovery sanctions. (ECF No. 62, p. 1). Finding good cause, the Court will vacate the remaining deadlines until final adjudication of Defendants' motion for discovery sanctions.

As for Plaintiff's objections to the pending findings and recommendations, the Court will set a deadline for Defendants to file a response to the objections, if they so choose.

Accordingly, IT IS ORDERED as follows:

1. Defendants' third motion (ECF No. 62) to modify the scheduling order is granted;
2. The May 23, 2022 non-expert discovery deadline and July 20, 2022 dispositive motion deadline are vacated, and will be reset, if necessary, following the final adjudication of Defendants' motion for discovery sanctions; and
3. By no later than June 3, 2022, Defendants shall file a response, if they so choose, to Plaintiff's objections.

IT IS SO ORDERED.

Dated: **May 20, 2022**        /s/ Erica P. Grosjean
                               UNITED STATES MAGISTRATE JUDGE