UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>v.<br><br>GOOCH, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00653-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FOURTH MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 74) |

On September 9, 2022, Defendants filed their fourth motion to modify the scheduling order. (ECF No. 74). In particular, Defendants ask the Court to "extend deadlines by 45 days to complete non-expert discovery, file dispositive motions, and file a report indicating each party's position on whether a settlement conference would be productive." (Id. at 1). Defendants state that they need the extension because Plaintiff was recently transferred, and "[d]espite several email requests and telephone calls" with the Litigation Coordinator at Plaintiff's new institution of confinement, Defendants have not received confirmation of the dates that are available to conduct Plaintiff's deposition. (Id. at 2). The scheduling has been further complicated by Plaintiff's medical appointments. (Id. at 3). "[D]ue to these same circumstances, Defendants have been unable to schedule a telephone call requested by Plaintiff to discuss his position on scheduling a settlement conference." (Id.).

"Although this is Defendants' fourth motion to modify the Scheduling Order, previous motions were filed prior to Plaintiff's compliance with the Order to Exchange Documents, and while the Court was deliberating whether to impose discovery sanctions." (Id. at 1-2).

The Court finds good cause to grant Plaintiff's motion.

- 1 -

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' deadline to complete non-expert discovery is November 7, 2022.
2. Defendants' deadline to file a report indicating each party's position on whether a settlement conference would be productive is November 7, 2022.
3. The deadline to file dispositive motions, other than dispositive motions based on the defense of failure to exhaust administrative remedies, is December 8, 2022.
4. All unmodified requirements in the Court's April 22, 2021 scheduling order (ECF No. 39) remain in effect.

IT IS SO ORDERED.

Dated:   **September 12, 2022**                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE