UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GOOCH, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00653-AWI-EPG (PC)<br><br>ORDER DENYING DEFENDANTS' AMENDED FOURTH MOTION TO MODIFY THE SCHEDULING ORDER AS MOOT<br><br>(ECF No. 76) |

　　　　On September 9, 2022, Defendants filed their fourth motion to modify the scheduling order. (ECF No. 74). The request for an extension was largely based on difficulties in scheduling Plaintiff's deposition and a telephone call with Plaintiff. Defendants' request was granted. (ECF No. 75). The parties' were given until November 7, 2022, to complete non-expert discovery, Defendants were given until November 7, 2022, to file a report indicating each party's position on whether a settlement conference would be productive is November 7, 2022, and the deadline for filing dispositive motions (other than dispositive motions based on the defense of failure to exhaust administrative remedies) was extended to December 8, 2022. (Id.).

　　　　On September 12, 2022, Defendants filed an amended fourth motion to modify the scheduling order. In their amended motion, Defendants state that "[a]pproximately two hours after filing the motion, undersigned counsel received an email from Plaintiff's institution advising that the deposition could be scheduled on Friday, September 23, 2022. Defendants promptly noticed the deposition for this date." (ECF No. 76, p. 1). Defendants note that the deposition is scheduled on what was the non-expert discovery cut-off and the deadline for Defendants to file a report indicating each party's position on whether a settlement conference would be productive,

1   but request the same extension as in their previous motion in case "unforeseen circumstances
2   arise requiring the parties to meet and confer regarding the deposition, or reschedule the
3   deposition." (Id. at 2).
4       The Court appreciates defense counsel providing this update on the scheduling of
5   Plaintiff's deposition.  However, as the Court already granted Defendants' fourth motion to
6   modify the scheduling order, and as the Court sees no reason to reconsider its prior order, IT IS
7   ORDERED that Defendants' amended fourth motion to modify the scheduling order is DENIED
8   as moot.

IT IS SO ORDERED.

   Dated:   **September 13, 2022**         /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE