UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>                Plaintiff,<br><br>        v.<br><br>GOOCH, et al.,<br><br>                Defendants. | CASE NO. 1:19-cv-00653-AWI-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR DISCOVERY SANCTIONS AND MOTIONS UNDER THE ALL WRITS ACT**<br><br>(Doc. No. 73) |

Plaintiff Allen Hammler is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Doc. No. 1.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On July 28, 2022, the assigned magistrate judge entered findings and recommendations, recommending that Defendants' motion for discovery sanctions be denied and that Plaintiff's motions under the All Writs Act be denied.  Doc. No. 73.  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after being served.  Id. at 12.  No party has filed objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on July 28, 2022 (Doc. No. 73) are ADOPTED in full;
2. Defendants' motion for discovery sanctions (Doc. No. 55) is denied; and
3. Plaintiff's motions under the All Writs Act (Doc. Nos. 66, 67) are denied.

IT IS SO ORDERED.

Dated:   September 15, 2022

SENIOR DISTRICT JUDGE