1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | Case No. 1:19-cv-00653-JLT-EPG (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO ALLEGATIONS IN PLAINTIFF'S PRETRIAL STATEMENT |
| v. | |
| GOOCH, et al., | SEVEN-DAY DEADLINE |
| Defendants. | |

Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 4, 2023, the Court issued a second scheduling order.  (ECF No. 87).  The Court also directed the Clerk of Court to send Plaintiff a copy of Local Rule 281(b) (which lists the information that should be included in a pretrial statement), and advised the parties that "failure to file pretrial statements as required by this order may result in the imposition of appropriate sanctions, which may include dismissal of the action or entry of default."  (Id. at 5).

On April 24, 2023, Plaintiff filed his pretrial statement.  (ECF No. 101).  In the statement, Plaintiff asserts that he cannot provide the names of his witnesses because his witness list was illegally confiscated by officers on January 18, 2023.  Plaintiff also asserts that he cannot provide his exhibit list because, on the same day, "millions" of pages of legal files were mixed in an unrecognizable manner and Plaintiff is currently sorting through them.

Given the importance of this information, and that the pretrial conference is currently

1

scheduled for May 30, 2023 (ECF No. 99), the Court will require Defendants to file a response to Plaintiff's allegations within seven days.[1]

Accordingly, IT IS HEREBY ORDERED that Defendants have seven days from the date of service of this order to file a response to Plaintiff's allegations that his witness list was illegally confiscated and that "millions" of pages of his legal files were mixed in an unrecognizable manner.

IT IS SO ORDERED.

Dated:   **April 25, 2023**                    /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] While not ruling on the issue at this time, the Court notes that Plaintiff appears to have been aware of the alleged issues that prevented him from filing a complete pretrial statement in January, but instead of filing an appropriate motion to address the issue Plaintiff filed a pretrial statement in April that did not include required and important information.