# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOOCH, et al.,<br><br>                    Defendants. | No. 1:19-cv-00653 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION UNDER THE ALL WRITS ACT<br><br>(Docs. 105, 106) |

Plaintiff filed a motion asking the Court to order prison officials to "grant him access to the phone and text message, along with e-mail app(s) available by and through his Global Tel-Link tablet," in part so that he can communicate with potential unincarcerated trial witnesses. (Doc. 105.) On May 3, 2023, the assigned magistrate judge entered findings and recommendations, construing Plaintiff's request as a motion under the All Writs Act and recommending that Plaintiff's motion be denied. (Doc. 106.) The Court served the findings and recommendations on the parties and notified them that any objections thereto must be filed within fourteen days. Neither party has filed objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court ORDERS:

   1.    The findings and recommendations issued on May 3, 2023 (Doc. 106) are

1

**ADOPTED IN FULL**.

2. Plaintiff's motion for an order under the All Writs Act (Doc. 105) is **DENIED**.

IT IS SO ORDERED.

Dated: **June 19, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE